The SMITHFIELD CORPORATION
d/b/a The Gallery

v.

**Louis H. PASTORE, Jr. et al.**

**No. 81–9–M.P.**

Supreme Court of Rhode Island.

Jan. 22, 1981.

Leonard F. Clingham, Jr., Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., Faith A. La Salle, Spec. Asst. Atty. Gen., John Rotondi, Asst. City Sol., Providence, for respondents.

### ORDER

The petition for writ of certiorari and petitioner's motion for stay are both denied.

Prescott H. LAMPHERE

v.

**ZONING BOARD OF REVIEW OF the TOWN OF FOSTER.**

**No. 80–558–M.P.**

Supreme Court of Rhode Island.

Jan. 29, 1981.

Quentin J. Geary, Providence, for petitioner.

Gorham & Gorham, Incorporated, Arthur M. Read, Providence, for respondent.

### ORDER

The petition for writ of certiorari is denied.

**STATE**

v.

**David RIENDEAU.**

**No. 81–22–M.P.**

Supreme Court of Rhode Island.

Jan. 29, 1981.

Dennis J. Roberts II, Atty. Gen., Kathryn A. Panciera, Spec. Asst. Atty. Gen., for plaintiff-respondent.

John F. Cicilline, Providence, for defendant-petitioner.

### ORDER

The petition for writ of habeas corpus is denied.